IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**SINOPEC SICHUAN VINYLON WORKS, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Celanese Chemicals, Ltd. and E.I. Dupont De Nemours & Company, Defendants–Appellees.**

No. 2007–1488.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2008.

ON MOTION

*ORDER*

Upon consideration of the motion to voluntarily dismiss this appeal,

**In re: Lawrence V. WILDER, Petitioner.**

**Misc. No. 864.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2008.

Lawrence V. Wilder, pro se.

Before MICHEL, Chief Judge, LOURIE and LINN, Circuit Judges.

PER CURIAM.

*ORDER*

Lawrence V. Wilder petitions for a writ of mandamus directing the Merit Systems Protection Board to docket his appeal. Wilder also moves (1) to supplement his petition to include an August 28, 2007 let-